UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUJUN JOHNSON, | ) | 1:09-cv-00237-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO FILE |
| v. | ) | A SUPPLEMENTAL BRIEF REGARDING |
| | ) | PLAINTIFF'S MOTION FOR DEFAULT |
| PHOENIX DEBT MANAGEMENT, | ) | JUDGMENT NO LATER THAN NOVEMBER |
| | ) | 09, 2009 (DOCS. 16, 17) |
| Defendant. | ) | |
| | ) | |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(19) and 72-303. Pending before the Court is Plaintiff's motion for default judgment, which is set for hearing on November 13, 2009.

Plaintiff has submitted a supplement to his motion for default judgment which addresses the matters noted in the Court's previous briefing order. After review of the motion, amended motion, and supplement, the Court questions whether the service of process of the complaint on the defaulting Defendant was legally sufficient. It is not clear whether the service is claimed to be valid under federal law or state law; the brief sets forth neither the precise authority pursuant to which the

service is claimed to be legally sufficient, nor the application of that authority to the specific facts of this case (an affidavit that reflects service on a person who is merely an employee of the defendant corporation).

Plaintiff IS DIRECTED to file no later than November 9, 2009, a supplemental brief addressing the legal sufficiency of the service of the complaint on the Defendant, including points and authorities that include the pertinent statutes, cases, and court rules, and argument that clarify the application of the law to the facts as set forth in the affidavit of service. (Document 10).

IT IS SO ORDERED.

**Dated:    November 3, 2009**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE