UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUJUN JOHNSON,<br><br>　　　　Plaintiff,<br>　v.<br><br>PHOENIX DEBT MANAGEMENT,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:09-cv-00237-OWW-SMS<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOCS. 16, 17)**<br><br>**Vacated Hearing Date:**<br>**November 13, 2009**<br><br>**New Hearing Date:**<br>**December 10, 2009**<br>**Time: 1:30 p.m.**<br>**Courtroom: 7**<br><br>ORDER DIRECTING PLAINTIFF TO FILE A SUPPLEMENTAL BRIEF REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT NO LATER THAN December 1, 2009 (DOCS. 16, 17) |

　　Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(19) and 72-303. Pending before the Court is Plaintiff's motion for default judgment.

　　I. <u>Continuing the Hearing on the Motion</u>

　　Because Plaintiff did not file a supplement to the motion as directed by the Court by order dated November 3, 2009, the hearing on the Plaintiff's motion for default judgment, presently

1

set for November 13, 2009, IS CONTINUED to December 10, 2009, at 1:30 p.m., in Courtroom 7, before the undersigned Magistrate Judge.

　　　Plaintiff IS DIRECTED to file no later than December 1, 2009, a supplement to his motion for default judgment which addresses the matters noted in the Court's previous briefing order, namely, whether the service of process of the complaint on the defaulting Defendant was legally sufficient. It is not clear whether the service is claimed to be valid under federal law or state law; the brief sets forth neither the precise authority pursuant to which the service is claimed to be legally sufficient, nor the application of that authority to the specific facts of this case (an affidavit that reflects service on a person who is merely an employee of the defendant corporation).

　　　Plaintiff IS INFORMED that a failure to file supplemental briefing will result in the motion's being taken off calendar.

IT IS SO ORDERED.

**Dated:   November 13, 2009**　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE