# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUJUN JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>PHOENIX DEBT MANAGEMENT,<br><br>   Defendant.<br>_____/ | CASE NO. 1:09-CV-00237-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION<br>FOR DEFAULT JUDGMENT<br><br>(Doc. 17) |

   This is a civil action filed by plaintiff, Dujun Johnson, by his attorneys Krohn and Ross, Ltd. Plaintiff consented to Magistrate Judge jurisdiction on February 6, 2009. On September 16, 2009, plaintiff filed an amended motion for default judgment against defendant Phoenix Debt Management.

   After reviewing plaintiff's motion, supporting briefs and exhibits, this court finds that plaintiff has not established legally sufficient service on defendant. A plaintiff may serve a corporation, partnership or association in a judicial district of the United States by following state law for serving a summons in an action brought in the courts of general jurisdiction in the state in which the district court is located or where service is made. F.R.Civ.P. 4(e) and (h). Plaintiff contends that his service on defendant complied with California Code of Civil Procedure § 415.10 (doc. 24 at 2). Section 415.10 applies to service on individuals. Plaintiff alleges that defendant is a "national company." If defendant's form of business is unknown, service is prescribed by California Code of Civil Procedure § 415.95 (a). Service on corporations is

///

1  addressed by California Code of Civil Procedure §§ 412.30 and 416.10.  Plaintiff has not
2  satisfied the requirements for service on either type of business.
3        Accordingly, plaintiff motion for default judgment against defendant is HEREBY
4  DENIED.

9  IT IS SO ORDERED.

10  **Dated:   December 14, 2009**                    /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE

2