UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUJUN JOHNSON, | 1:09-cv-00237-SMS |
| Plaintiff, | **ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE** |
| vs. | (Doc. 29) |
| PHOENIX DEBT MANAGEMENT GROUP, | |
| Defendant. | |

On May 25, 2010, Plaintiff filed a voluntary dismissal in the above-entitled action, dismissing this action with prejudice. Pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED with prejudice. Any and all pending deadline dates are hereby VACATED. The Clerk of Court is directed to CLOSE this case in its entirety.

IT IS SO ORDERED.

**Dated:   May 27, 2010**          /s/ Sandra M. Snyder
                            UNITED STATES MAGISTRATE JUDGE

1